GARY M. RESTAINO
United States Attorney
District of Arizona

THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff

☒ FILED          ___ LODGED
___ RECEIVED     ___ COPY

SEP 1 3 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>     vs.<br><br>Uriah Adam Patten<br> (a.k.a. Uriah Noline),<br><br>            Defendant. | No.   **CR-22-01179-PHX-DLR (MTM)**<br><br>**I N D I C T M E N T**<br><br>VIO:  18 U.S.C. §§ 1153 and 113(a)(3)<br>       (CIR-Assault with a Dangerous<br>       Weapon)<br>       Counts 1 and 3<br><br>       18 U.S.C. § 924(c)(1)(A)<br>       (Discharging a Firearm During a<br>       Crime of Violence)<br>       Counts 2 and 4<br><br>       18 U.S.C. §§ 1153 and 113(a)(6)<br>       (CIR-Assault Resulting in Serious<br>       Bodily Injury)<br>       Count 5 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about January 1, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant, URIAH ADAM PATTEN, a.k.a. URIAH NOLINE, an Indian, did intentionally and knowingly assault F.H.

with a dangerous weapon, that is, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 2

On or about January 1, 2022, in the District of Arizona, Defendant, URIAH ADAM PATTEN, a.k.a. URIAH NOLINE, did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon as alleged in Count 1, a felony crime prosecutable in a Court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A).

## COUNT 3

On or about January 1, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant, URIAH ADAM PATTEN, a.k.a. URIAH NOLINE, an Indian, did intentionally and knowingly assault S.D. with a dangerous weapon, that is, a handgun, with intent to do bodily harm.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

On or about January 1, 2022, in the District of Arizona, Defendant, URIAH ADAM PATTEN, a.k.a. URIAH NOLINE, did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon as alleged in Count 3, a felony crime prosecutable in a Court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A).

## COUNT 5

On or about January 1, 2022, in the District of Arizona, within the confines of the San Carlos Apache Indian Reservation, Indian Country, Defendant, URIAH ADAM PATTEN, a.k.a. URIAH NOLINE, an Indian, did intentionally, knowingly and recklessly assault S.D., resulting in serious bodily injury.

/ /

/ /

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

_s/_
FOREPERSON OF THE GRAND JURY
Date:  September 13, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

_s/_
THOMAS SIMON
Assistant U.S. Attorney